# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**JANNALLA WADLINGTON,**

    **Plaintiff,**

           **Case No. 2:17-cv-1068**
  **v.**           **Chief Magistrate Judge Deavers**

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTION**

    **Defendant.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE ORDER** filed on March 30, 2020, Judgment is entered in favor of the Defendant, **OHIO DEPARTMENT OF REHABILITATION AND CORRECTION.**

Date: March 30, 2020                        **Richard W. Nagel, Clerk of Court**

                                                By:   /s/Jodi L. Keener
                                                         Jodi L. Keener, Deputy Clerk